UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEMAGEN STEPHENSON,

                    Petitioner,

-against-

ROBERT E. ERCOLE, Superintendent of
Green Haven Correctional Facility,

                    Respondent.
------------------------------------------------------------X

JUDGMENT
07-CV- 3677 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 17, 2009, dismissing the petition for a writ of *habeas corpus* as untimely; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of *habeas corpus* is dismissed as untimely; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       November 18, 2009

/S/
ROBERT C. HEINEMANN
Clerk of Court